UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**M.A.L., a minor child, by and through his parents and next friends, M. L. and S.A.,**

        Plaintiff,        CASE NUMBER: 07-10391
                              HONORABLE VICTORIA A. ROBERTS

**v.**

**STEPHEN KINSLAND, ET AL,**

        Defendants.
_____/

## JUDGMENT

This matter came before the Court on Plaintiff's request for a Preliminary Injunction, which was issued on January 31, 2007. Pursuant to Fed.R.Civ.P. 65, the Court, over the objection of the Defendants, enters a Permanent Injunction and awards Judgment in Plaintiff's favor. Plaintiff is awarded nominal damages in the amount of One Dollar.

    **IT IS ORDERED**.

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: March 19, 2007

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 19, 2007.

S/Linda Vertriest
Deputy Clerk